Erica Loftis, Esq. (SBN 259286)
Merdaud Jafarnia, Esq. (SBN 217263)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorneys for Secured Creditor, U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES IV TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>SHAPPHIRE RESOURCES, INC.,<br><br>    Debtor. | CASE NO. 2:17-bk-15033-RK<br><br>CHAPTER 11<br><br>**STIPULATION RESOLVING SECURED CREDITOR'S "OBJECTIONS TO AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN" - REAL PROPERTY LOCATED AT 2770 COLD PLAINS DR., HACIENDA HEIGHTS, CALIFORNIA 91745**<br><br>Date:  [No Hearing Required]<br>Time<br>Place:  Courtroom 1675<br>    United States Bankruptcy Court<br>    Roybal Federal Building<br>    255 East Temple Street<br>    Los Angeles, California 90012 |

U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust ("Secured Creditor"), a secured creditor of Shapphire Resources, LLC ('Debtor"), the chapter 11 debtor and debtor in possession in the above captioned case, by and through their attorneys of record, enter

1

into the below stipulation to resolve Secured Creditor's "Objections To Amended Disclosure Statement And Chapter 11 Plan" [Docket #194] ("Disclosure Statement/Plan Objections"), subject only to approval of the Court.

### RECITALS

Secured Creditor holds the first lien on the property commonly known as **2770 Cold Plains Drive, Hacienda Heights, California 91745** ("Subject Property") evidenced by a promissory note, which is secured by the Subject Property pursuant to a Deed of Trust.

On April 24, 2017, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, Central District of California ("Petition Date").

As of the Petition Date, the total amount of Secured Creditor's claim was approximately $1,207,182.35.

On April 15, 2020, Debtor caused to be filed the "Amended Disclosure Statement Describing 'Debtor's Amended Chapter 11 Plan'" [Docket #164] and "Debtor's Amended Chapter 11 Plan." [Docket #165]

On November 2, 2020, Secured Creditor caused to be filed the Disclosure Statement/ Plan Objections.

The parties have met and conferred and agreed upon a resolution of the Disclosure Statement/Plan Objections, including the treatment of Secured Creditor's claim and its lien against the Subject Property for purposes of a First Amended Disclosure Statement to be filed on Debtor's behalf, and those terms are set forth below.

**THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:**

As of December 31, 2020, Secured Creditor has a claim in the amount of $1,207,182.35 and Debtor agrees to pay the secured portion of the claim, in the amount of $750,000.00, at a

1  5.5% fixed interest rate for 30 years with payments calculated at a 360 month amortization
2  schedule, with all amounts due upon the maturity date January 1, 2051.

3  All amounts still outstanding upon the maturity date under this agreement will be due and
4  owing in full on the maturity date January 1, 2051.

5  The principal and interest payment ("P&I" herein) under these agreed terms is
6  approximately $4,258.42 per month. This amount is approximate, and the formal re-amortization
7  under this agreement will be completed by Secured Creditor after successful confirmation of a
8  plan of reorganization incorporating the same.

9  Debtor is responsible for paying unpaid post-petition escrow advances for property taxes
10 assessed through January 30, 2021, over 24 months in equal monthly payments, with the first
11 payment to be due on the Effective Date of the plan.  The payments will be made directly to
12 Secured Creditor, c/o SN Servicing, at the address listed below.  Secured Creditor is responsible
13 for paying all property taxes assessed against the Subject Property through January 30, 2021.
14 The next installment will be due on or about December 10, 2021, and Debtor will be responsible
15 for this installment and all future taxes.

16 Debtor will be responsible for taxes and insurance and the account will not be escrowed.
17 Debtor is aware these amounts may fluctuate and is responsible to provide proof of insurance
18 and pay all necessary taxes.

19 **The first payment under this stipulation is due January 1, 2021 in the amount of**
20 **$4,258.42.** Debtor agrees to make payments in this amount until the permanent loan adjustments
21 are made and post confirmation mortgage statement is sent reflecting the new loan terms and
22 monthly payment amount.  Debtor agrees to pay the amounts reflected in those statements,
23 subject to Debtor's review and agreement as to the amounts.
24

3

1  Payments will be made directly to Secured Creditor, c/o SN Servicing, 323 5th Ave, Eureka, California 95501 with reference to the last four digits of the Loan Number 8985, or as otherwise directed.

All terms of the Deed of Trust and Note not altered by this agreement will remain in full force and effect.

Secured Creditor will have relief from the automatic stay as to the Subject Property upon entry of this order and the confirmation order.

In the event of a default on payments to Secured Creditor under the terms of this stipulation after the entry of the confirmation order, Secured Creditor may proceed pursuant to the terms of the underlying Note and Deed of Trust, and state and federal law, to obtain complete possession of the Subject Property, including unlawful detainer, subject to providing Debtor with written notice of default and an opportunity to cure.

In the event of a default, Secured Creditor must provide Debtor with written notice of such alleged default via first class mail and email directed to Debtor and Debtor's general insolvency counsel. If the alleged default is not contested or cured within fourteen (14) days, the Secured Creditor may proceed against the Subject Property without further Court order or proceeding being necessary.

Any and all default provisions included in any plan of reorganization proposed by Debtor are not applicable to Secured Creditor with regard to the Subject Property, and Secured Creditor is only bound by the terms included in this stipulation.

Any notices required under this stipulation must be provided as follows:

To Debtor

Ms. Susana Tubianosa
Shapphire Resources, LLC
1982 Camwood Avenue
Rowland Heights, California 91748

4

1     email: susantubianosa@yahoo.com

2 To Debtor's general insolvency counsel:

3     Raymond H. Aver, Esquire
    Law Offices Of Raymond H. Aver
4     A Professional Corporation
    10801 National Boulevard, Suite 100
5     Los Angeles, California 90064
    email: ray@averlaw.com
6

7     Debtor agrees to incorporate the above agreed terms into any and all future proposed

8 reorganization plans and, if any terms in Debtor's plan conflict with the terms of this stipulation

9 the terms of this stipulation will control. In the event that Debtor's plan does not reflect the

10 language of this stipulation it will be incorporated into the confirmation order through exact

11 language, attachment of a copy of the stipulation, or by reference of the filed stipulation with

12 docket number.

13     In consideration of the foregoing, and provided the amended plan(s) proposed by Debtor

14 complies with the terms of this stipulation, Secured Creditor commits to cooperate with Debtor,

15 support the plan(s) and will not support any alternative plan.

16     The terms of this stipulation will supersede those of the "Stipulation Authorizing The Use

17 Of Cash Collateral & Adequate Protection" [Docket #56].

18     Debtor will promptly prepare and lodge a proposed order approving this stipulation.

19

20 Dated: January 12, 2021             GHIDOTTI | BERGER LLP

21

22                                      /s/ Erica Loftis
                                     Erica Loftis, Esq.
23                                    Attorney for Secured Creditor

24

| | | |
|---|---|---|
| 1 | Dated: January _11_, 2021 | LAW OFFICES OF RAYMOND H. AVER<br>A Professional Corporation |
| 2 | | |
| 3 | | /s/ Raymond H. Aver |
| 4 | | Raymond H. Aver, Esq.<br>General Insolvency Counsel for SHAPPHIRE |
| 5 | | RESOURCES, LLC, Chapter 11 Debtor and<br>Debtor In Possession |

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1920 Old Tustin Ave, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): Stipulation Resolving Secured Creditors "Objections to Amended Disclosure Statement and Chapter 11 Plan"
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/12/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Raymond H. Aver: ray@averlaw.com (debtor's counsel)
   US Trustee: ustpregion16.la.ecf@usdoj.gov
   Hatty K Yip: hatty.yip@usdoj.gov (counsel for US Trustee)

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 01/12/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Shapphire Resources, LLC: 1982 Camwood Avenue, Rowland Heights, CA 91748 (debtor)
   Honorable Robert N. Kwan: 255 E. Temple Street, Suite 1682, Los Angeles, CA 90012

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/12/2021 | Brandy Carroll | /s/ Brandy Carroll |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE